| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO<br>Court Address: 1777 Sixth St<br>Boulder, Colorado 80302<br>Phone Number: 303-441-3750 | EFILED Document<br>CO Boulder County District Court 20th JD<br>Filing Date: Nov 2 2011 2:22PM MDT<br>Filing ID: 40689754<br>Review Clerk: N/A |
| **Plaintiff(s):**<br>MARY KANE, an individual<br><br>v.<br><br>**Defendant(s):**<br>HONEYWELL HOMMED, LLC, a New Jersey limited liability company; TERRY DUESTERHOEFT, an individual | ▲ COURT USE ONLY ▲<br><br>Case Number: 2011CV941<br><br>Div.: |
| *Attorneys for Plaintiff Mary Kane:*<br>Murray Ogborn, Atty. Reg. No. 14508<br>Thomas Neville, Atty. Reg. No. 35011<br>OGBORN, SUMMERLIN & OGBORN, LLC<br>1700 Broadway, Suite 1900<br>Denver, Colorado 80290<br>Phone Number: (303) 861-7472<br>Fax Number: (303) 831-0551<br>Email: thomas@osolaw.com | |
| **ORDER GRANTING MOTION FOR EXTENSION OF TIME IN WHICH TO SERVE DEFENDANTS** ||

THE COURT having reviewed the Plaintiff's Motion for Extension of Time in Which to Serve Defendants and being fully advised,

DOES HEREBY ORDER AND GRANT Plaintiff's request for a sixty (60) day extension of time, up to and including December 27, 2011.

DONE THIS 2nd day of November, 2011.

BY THE COURT:

Ingrid S. Bakke
District Court Judge

1