IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03352-PAB-KLM

MARY KANE, an individual,

    Plaintiff,

v.

HONEYWELL HOMMED, LLC, a New Jersey corporation, and
TERRY DUESTERHOEFT, an individual,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Honeywell HomMed, LLC's **Unopposed Motion for Leave to Appear at the Final Pretrial Conference via Telephone** [Docket No. 63; Filed April 16, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#63] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that counsel for Defendant Honeywell HomMed, LLC may appear by telephone at the Final Pretrial Conference on May 1, 2013 at 9:30 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and counsel for Defendant Honeywell HomMed, LLC before dialing the Court.

    Dated:  April 18, 2013