IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03352-PAB-KLM

MARY KANE, an individual,

    Plaintiff,

v.

HONEYWELL HOMMED, LLC, a New Jersey corporation, and
TERRY DUESTERHOEFT, an individual,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Terry Duesterhoeft and Plaintiff Mary Kane's **Joint Unopposed Motion to Withdraw Previous Motion for Settlement Conference Before Magistrate Judge Kristen L. Mix** [Docket No. 80; Filed June 11, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#80] is **GRANTED**. Defendant Terry Duesterhoeft and Plaintiff Mary Kane's request for a settlement conference before the undersigned is deemed **withdrawn**.

    Dated:  June 17, 2013