**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03352-PAB-KLM

MARY KANE, an individual,

    Plaintiff,

v.

HONEYWELL HOMMED, LLC, and
TERRY DUESTERHOEFT,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 83] of Judge Philip A. Brimmer entered on July 30, 2013 it is

**ORDERED** that Defendant Honeywell HomMed, LLC's Motion for Summary Judgment [Docket No. 53] is GRANTED in part. Plaintiff Mary Kane's claims against HomMed for a hostile work environment and retaliatory termination in violation of Title VII are dismissed.  It is

**FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over plaintiff's claim against HomMed for intentional infliction of emotional distress. It is

**FURTHER ORDERED** that the Court declines to exercise supplemental

jurisdiction over plaintiff's claims against Mr. Duesterhoeft for intentional infliction of emotional distress and intrusion on seclusion and will therefore not rule on Defendant Duesterhoeft's Motion for Summary Judgment and Brief in Support [Docket No. 52]. It is

**FURTHER ORDERED** that this case is remanded to the District Court for the County of Boulder, Colorado, where this case was filed as No. 2011cv941.

DATED at Denver, Colorado this   1st   day of August, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk